# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSE PEREZ JASSO, | Case No. 5:26-cv-00363-JGB-DFM |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN OF ICE PROCESSING CENTER et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, the Answer filed by Respondents indicating they are not presenting an opposition argument, and the Report and Recommendation of United States Magistrate Judge, dated April 28, 2026.

The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge. The Court finds that Respondents violated Petitioner's procedural due process rights under the Fifth Amendment by re-detaining him without a hearing before a neutral decisionmaker.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is accepted.

2. The First Amended Petition for Writ of Habeas Corpus is **GRANTED**.

3.    Respondents are **ORDERED** to release Petitioner from custody within three (3) days.

4.    The parties shall file a status report within ten (10) days of the issuance of the writ, attesting to Respondents' compliance.

Date: May 6, 2026

_____
JESUS G. BERNAL
United States District Judge

2