JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSE PEREZ JASSO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF ICE PROCESSING CENTER et al.,<br><br>Respondents. | Case No. 5:26-cv-00363-JGB-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED AND DECREED that Final Judgment is entered in favor of Petitioner Jose Perez Jasso. The First Amended Petition for Writ of Habeas Corpus is **GRANTED**. Respondents are **ORDERED** to release Petitioner from custody within three (3) days.

Date: May 6, 2026

JESUS G. BERNAL
United States District Judge